IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK D. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV382 |
| | ) | |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to extend time to file opposition to defendant's motion to dismiss/motion for more definite statement (Filing No. 11). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until December 30, 2009, to file an opposition to defendant's motion to dismiss/motion for more definite statement.

DATED this 20th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court