IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PATRICK D. WILLIAMS,              )
                                  )
            Plaintiff,            )          8:09CV382
                                  )
        v.                        )
                                  )
ASSET ACCEPTANCE, LLC,            )          ORDER
                                  )
            Defendant.            )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 15).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own fees and costs to the extent not provided for in the settlement agreement.

DATED this 16th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court